```
           IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
              MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


SILAS MARTIN,                    )
                                 )
     Plaintiff,                  )
                                 )        CIVIL ACTION NO.
     v.                          )        2:21cv788-MHT-CSC
                                 )              (WO)
PATRICE JONES (WARDEN), et       )
al.,                             )
                                 )
     Defendants.                 )
```

## ORDER

Upon consideration of plaintiff's motion to dismiss (Doc. 24), which the court construes as notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), it is ORDERED that this lawsuit is dismissed in its entirety without prejudice, with no costs taxed.

This case is closed.

DONE, this the 29th day of March, 2022.

                                                      /s/ Myron H. Thompson  
                                               **UNITED STATES DISTRICT JUDGE**